IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| In Re: | |
| | Chapter 13 |
| FRANKIE KAREE RUFFIN, | Bankruptcy No. 17-40006-JTL |
| Debtor. | |

# RESPONSE OF THE UNITED STATES OF AMERICA
# TO TRUSTEE'S OBJECTION TO AAFES' CLAIM No. 8

COMES NOW the United States of America, on behalf of its agency, the Army and Air Force Exchange Services (hereinafter "AAFES"), by and through the undersigned United States Attorney for the Middle District of Georgia, and responds to Trustee's Objection to Claim No. 8. In support thereof, AAFES alleges:

1.

In her Objection the Chapter 13 Trustee alleges that because "the debtor's confirmed Chapter 13 plan does not contain a provision for treating this debt as secured, … this claim cannot be treated as secured for the purpose of distribution."

2.

The United States of America shows that AAFES is unable to oppose the Trustee's Objection in this matter.

WHEREFORE, for the reasons stated above, the United States respectfully requests that this Court grant such relief deemed appropriate should the parties otherwise not resolve this dispute.

Respectfully submitted, this 22nd day of August, 2017.

                                                  G.F. PETERMAN, III
                                                  UNITED STATES ATTORNEY

                       By:    /s/ Barbara G. Parker
                                                  _____
                                                  Barbara G. Parker
                                                  Assistant United States Attorney
                                                  Georgia Bar No.  561750

ADDRESS:

P.O. Box 1702
Macon, Georgia 31202-1702

[478] 752-3511

## CERTIFICATE OF SERVICE

This is to certify that, this date, I have electronically filed the within and foregoing **RESPONSE OF THE UNITED STATES OF AMERICA TO TRUSTEE'S OBJECTION TO CLAIM OF AAFES, No. 8,** filed by and on behalf of the Army and Air Force Exchange Service, with the Clerk of the Court using the CM/ECF system. I also certify that Debtors' counsel and the Trustee have been served on this date by electronic means of the Court and Debtors served via United States Mail with proper postage affixed thereto.

> Kristin Hurst
> Chapter 13 Trustee
> P.O. Box 1907
> Columbus, Georgia 31902-1907
>
> Valerie G. Long
> Attorney for Debtors
> 3006 University Avenue
> Columbus, Georgia 31907
>
> Frankie Karee Ruffin
> Debtor
> 956 54th Street
> Columbus, Georgia 31904

This 22nd day of August 2017.

> G.F. PETERMAN, III
> UNITED STATES ATTORNEY
>
> /s/ Barbara G. Parker

By:

> Barbara G. Parker
> Assistant United States Attorney
> Georgia Bar No.: 561750

ADDRESS:
P.O. Box 1702
Macon, Georgia 31202-1702
(478) 752-3511